# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-00002-01-CR-W-DGK |
| | ) |
| BRIAN D. COUCH, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 8, 2019, the Grand Jury returned a one-count Indictment charging that on or about December 9, 2018, the Defendant, Brian D. Couch, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Robert M. Smith, there will be a second chair but unknown who at this time
        Case Agent: Detective Steve Cook, Independence Police Department
    Defense: Stephen C. Moss

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 3-4 with stipulations; 3-4 without stipulations
    Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 15-20 exhibits
    Defendant: less than 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 1 ½ days total**
    Government's case including jury selection: 1 day(s)
    Defendant: ½ day(s)

**STIPULATIONS**: Possible stipulation as to felon status.

**UNUSUAL QUESTIONS OF LAW:** Defense counsel still reviewing the matter as it relates to the recent Supreme Court case in Rehaif v. United States.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: None filed.  **Updated list(s) due on or before August 6, 2019.**
            Proposed Witness list filed July 29, 2019
        Defendant: None filed. **Due on or before August 6, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due on or before August 14, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:  Due on or before August 14, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for August 19, 2019.

    **Please note:**  Both counsel are available both weeks.

    **IT IS SO ORDERED**

                                  */s/ Lajuana M. Counts*
                                  LAJUANA M. COUNTS
                                  UNITED STATES MAGISTRATE JUDGE